UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAIM SARWAR, Individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 1:20-cv-12105 MPK |
| | : |
| SANTUIT INN LLC, A Massachusetts Limited Liability Company, | : |
| Defendant. | : |
| _____/ | : |

**STATUS REPORT**

Pursuant to this court's order dated June 1, 2021, undersigned counsel hereby submits this Status Report to advise the court as to the progress of this action. As requested at a prior status conference with the Court, plaintiff has effected service of the Summon and Complaint by service by mail on June 7, 2021 pursuant to an agreement by defendant's registered agent to waive formal service. Counsel has included the required Waiver of Service form for defendant to complete and return, at which time plaintiff can file the waiver as proof of service.

Respectfully Submitted,

/s/ John A. Curseaden
John A. Curseaden, Esq.
BBO #562737
Curseaden Law Office
301 Littleton Road #705
Westford, MA 01886
curseadenlaw@gmail.com
(978) 267-7656